**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CSX TRANSPORTATION, INC.,**

        **Plaintiff,**

-vs-                                              Case No.  6:05-cv-362-Orl-31KRS

**NATIONAL RAILROAD PASSENGER**
**CORPORATION (AMTRAK),**

        **Defendant.**

_____

## ORDER

This matter came before the Court after a hearing on the motion of CSX Transportation, Inc. ("CSX") to reopen the case for relief under the Federal Arbitration Act (Doc. 22). For the reasons stated in open court, it is hereby **ORDERED AND ADJUDGED** that:

1.    Pursuant to Article One of the NRPC Arbitration Agreement, CSX shall, within five days of the entry of this order, send a letter to the president of the Association of American Railroads, advising that individual that a dispute exists between CSX and AMTRAK, that the Court has determined that the dispute is governed by the NRPC Arbitration Agreement, that a majority of the Participating Railroads have been unable to agree on an appointee to the National Arbitration Panel, and that the president therefore has 45 days to appoint someone to the panel.

2.    CSX shall attach a copy of this order to the letter.

3.      Sixty days from the date of this order, the parties shall file a joint status report, informing the Court of the status of the appointment and the necessity, if any, for further hearing on this issue.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 20, 2005.

GREGORY A. PRESNELL  
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record  
Unrepresented Party